DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 12 JUNE 2003

| | | | |
|---|---|---|---|
| No. 138P03<br><br>Case below:<br><br>156 N.C. App. 42 | Johnson v. Piggly Wiggly of Pinetops, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA02-263) | Denied |
| No. 097P03<br><br>Case below:<br><br>155 N.C. App. 169 | Lakey v. U.S. Airways, Inc. | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-244) | Denied |
| No. 206A03<br><br>Case below:<br><br>156 N.C. App. 429 | Lancaster v. Maple Street Homeowners Ass'n | 1. Plts' NOA Based Upon COA Dissent (COA02-666)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. Def's PDR as to additional issues | 1. —<br><br>2. Dismissed *ex mero motu*<br><br>3. Denied |
| No. 270A03<br><br>Case below:<br><br>157 N.C. App. 310 | Lange v. Lange | 1. Def's NOA (Dissent) (COA02-567)<br><br>2. Def's PDR as to Additional Issues<br><br>3. Plt's Conditional Petition as to Additional Issues | 1. —<br><br>2. Denied<br><br>3. Dismissed as Moot |
| No. 651P02<br><br>Case below:<br><br>153 N.C. App. 200 | Lee v. Brian Ctr. | Def's (Brian Center) PWC to Review the Decision of the COA (COA01-650) | Allowed |
| No. 197P03<br><br>Case below:<br><br>156 N.C. App. 622 | Loy v. Martin | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-540) | Denied |
| No. 204P03<br><br>Case below:<br><br>156 N.C. App. 697 | McKinnon v. L & S Holding Co. | Def's (Key Benefit Services) PDR Under N.C.G.S. § 7A-31 (COA02-681) | Denied |
| No. 653A02<br><br>Case below:<br><br>154 N.C. App. 18 | N.C. Forestry Ass'n v. N.C. Dep't of Envtl. & Natural Res. | 1. Petitioner's NOA (Dissent) (COA01-1329)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>3. Respondents' (State Agencies) Motion to Dismiss Certain Issues from Appeal<br><br>4. Intervenors' Motion to Dismiss Certain Issues from Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed as to issues two and three of NOA<br><br>4. Dismissed as moot |